No/
Original
Q-3/77